Dismissed and Opinion Filed November 29, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00741-CV

## IN THE INTEREST OF J.L., A CHILD

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-10-19409

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy
Opinion by Justice Bridges

By letter dated June 1, 2012, the Court directed appellant to pay the $175 filing fee for the appeal within ten days and warned that failure to do so would result in dismissal of the appeal. *See* TEX. R. APP. P. 42.3(c). To date, appellant has neither paid the filing fee nor communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal.

DAVID L. BRIDGES
JUSTICE

120741F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.L., A CHILD

No. 05-12-00741-CV

Appeal from the 256th Judicial District
Court of Dallas County, Texas (Trial Court
No. DF-10-19409).
Opinion delivered by Justice Bridges,
Justices O'Neill and Murphy participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that each party bear its own costs, if any, of the appeal.

Judgment entered November 29, 2012.

_____
DAVID L. BRIDGES
JUSTICE